# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

LEE XIONG, et al.

) CR NO: 1:11-cr-00140 LJO
)
)



FILED

JUL 11 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum     ☐ Ad Testificandum.

Name of Detainee: **KOR LEE**

Detained at (custodian): **Wasco State Prison-Wasco, California**

Detainee is: a.) ☒ charged in this district by:
☒ Indictment     ☐ Information     ☐ Complaint

Charging Detainee With: **18 U.S.C. Section 371, Conspiracy; 18 U.S.C. Section 1702, Obstruction of Correspondence; 18 U.S.C. Section 1708, Possession of Stolen Mail Matter**

or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☒ return to the custody of detaining facility upon termination of proceedings
or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

Signature: /s/Henry Z. Carbajal III
Printed Name & Phone No: **Henry Z. Carbajal III, (559) 497-4028**
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum     ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *forthwith*, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: 7/11/11

United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | Kor Lee | Male ☒  Female ☐ | |
| Booking or CDC #: | AH8179 | DOB: | 1973 |
| Facility Address: | 701 Scofield Avenue | Race: | Asian |
| | Wasco, California 93280 | FBI #: | 890366AC5 |
| Facility Phone: | (661) 758-8400 | | |
| Currently Incarcerated For: | Cal. Penal Code Sections 459, 470(d) and 475(b) | | |

---

### RETURN OF SERVICE

Executed on _____ by _____     _____
(Signature)

Form Crim-48     Revised 11/19/97